IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY A. DILLARD, | ) | |
| | ) | Case No. 13-CV-6697 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca Pallmeyer |
| v. | ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation,
STEPHEN PATTON
Corporation Counsel
Corporation Counsel for the City of Chicago

_____  
Mark Hellner  
Director, Senior Tax Opportunity Program  
Attorney for Plaintiff, Shirley A. Dillard  
Center for Disability and Elder Law  
79 West Monroe, Suite 910  
Chicago, IL 60602  
Attorney No. 1182358

Date: 4-21-2015

_____  
J. Ernest Mincy  
Chief Assistant Corporation Counsel  
Attorney for Defendant City of Chicago  
30 N. LaSalle Street, Suite 1020  
Chicago, Illinois 60602  
(312) 742-0094  
Attorney No.: 06231142

Date: _____