**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Shirley Dillard
                        Plaintiff,

v.                                            Case No.: 1:13–cv–06697
                                            Honorable Geraldine Soat Brown

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 29, 2015:

      MINUTE entry before the Honorable Geraldine Soat Brown: The parties have filed a stipulation to dismiss. This matter is hereby dismissed with prejudice. Status hearing previously set for 05/26/15 at 9:45 a.m. is hereby stricken and no appearance shall be necessary. Terminate civil case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.